THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN BARMORE, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.

Submitted June 2, 1941; decided June 5, 1941.

*Herman Barmore*, in person, for motion.

No one opposed.

Motion denied upon the ground that so far as appears no substantial question of law is involved.

OPERA ON TOUR, INC., Appellant, *v.* JOSEPH N. WEBER, as President of American Federation of Musicians, et al.. Respondents.

Submitted May 19, 1941; decided June 5, 1941.

Motion by appellant to amend the remittitur and motion by respondents for reargument or to amend the remittitur denied, without costs. (See 285 N. Y. 348.)